## CIRCUIT COURT OF WISE COUNTY

Ellen H. Clute

v.

Kerry C. Hale,
d/b/a H & R Block

December 2, 1993

Case No. C93–505

By Judge J. Robert Stump

The court has considered this file, *ore tenus* evidence on November 5, 1993, counsel's oral argument and written briefs, and makes the following findings of fact and conclusions of law.

Plaintiff petitioned the court to enter a temporary injunction prohibiting defendant from enforcing against her paragraphs 10 (noncompetition covenant) and 11 (antisolicitation covenant) of a Tax Return Preparer's Employment Agreement. The restraints are unreasonable. The petition is granted.

Plaintiff was hired and worked as a tax preparer for the defendant for 35 business days and was fired for alleged incompetence.

Defendant failed to prove the covenant-restraints are unreasonable, and the contract is valid. There are not sufficient special facts to prove that the plaintiff-employee would gain an unfair advantage in future competition with the defendant-employer.

Here the plaintiff was fired, she did not voluntarily quit employment, and the employment only lasted 35 business days, or seven weeks. There is insufficient proof that the two-year restrictive covenants are necessary to protect alleged sensitive documents, confidential information, or trade secrets of H & R Block.